

# Fourth Court of Appeals

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/1/2015 5:01:14 PM
KEITH E. HOTTLE
Clerk

## NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: _15-00271-CV_

Trial Court Style: _Estate of Johnnie Mae King, Deceased_

Trial Court No.: _2001-PC-1263_

I am the official responsible for preparing the clerk's record/(reporter's record) [circle one] in the above-referenced appeal. The approximate date of trial was: _March 31, 2015_

The record was originally due: _May 29, 2015_

I anticipate the length of the record to be: _49 Pages_

I am unable to file the record by the date such record is due because [check one]:

☒ the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

☐ my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

_____

_____

☐ Other. Explain [attach additional pages if needed]: _____

_____

I anticipate the record will be completed by: _Immediately upon payment in full_

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date: _6/1/15_

Signature: _Cheryl D Hester_

Printed Name: _Cheryl D. Hester_

Title: _Official Court Reporter Probate Court #1_

Rev. 1.8.14